| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ERIC ALLEN CUMBIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00216-LJO |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING TO OCTOBER 30,** |
| vs. | ) | **2017; ORDER** |
| | ) | |
| ERIC ALLEN CUMBIE, | ) | Date:   October 30, 2017 |
| | ) | Time:   8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Dawrence Rice, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Eric Allen Cumbie, that the sentencing hearing currently scheduled for October 23, 2017, be continued to October 30, 2017, at 8:30 a.m.

Defense counsel is in receipt of the Dispositional Memorandum filed by Probation on October 18, 2017. The defense is requesting this continuance to provide sufficient time to review Probation's Dispositional Memorandum with Mr. Cumbie and to allow for additional time to gather information relevant to sentencing. Additionally, defense counsel is scheduled to appear on several matters at the federal district courthouse in Yosemite on Thursday, October 19, 2017, and Friday, October 20, 2017. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: October 18, 2017 |   | */s/ Dawrence Rice*<br>DAWRENCE RICE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 18, 2017 |   | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC ALLEN CUMBIE |

# **O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, October 23, 2017 at 8:30 a.m. before the Honorable Lawrence J. O'Neill is continued to Monday, October 30, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **October 19, 2017**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE

Cumbie – Stipulation
and Proposed Order

2